01

02

03

04

05

06                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08  UNITED STATES OF AMERICA,            )   CASE NO. 06-563M
                                         )
09          Plaintiff,                   )
                                         )
10      v.                               )
                                         )   DETENTION ORDER
11  JARED ALLEN VANDEWERFHORST,          )
                                         )
12          Defendant.                   )
    _____ )

13

14  Offense charged:

15      Possession of Child Pornography

16  Date of Detention Hearing:    October 20, 2006

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)    Defendant is charged with complaint with possession of visual depictions of minors

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  engaged in sexually explicit conduct.  The complaint alleges that computer discs and computer

02  parts were found during the execution of a search warrant at defendant's residence that appeared

03  to have been damaged or altered so as to frustrate an examination to determine the contents.

04      (2)    Defendant has a 1999 conviction for kidnaping and assault in the second degree

05  with a specific allegation of sexual motivation, involving a minor child.  He is said to have violated

06  his community supervision on two occasions.

07      (3)    Defendant's current residence was not approved by the Washington State

08  Department of Corrections while previously on state supervision because there was a school bus

09  stop in front of his home.

10      (4)    At the time of arrest, the case agent advised that a large quantity of beer bottles and

11  large containers of alcohol were present in the defendant's residence as well as possible drug

12  paraphernalia.

13      (5)    The defendant poses a risk of nonappearance due to possible abuse of alcohol and

14  illegal substances and lack of suitable residential placement.  He poses a risk of danger due to

15  criminal history, pending charges, a history of violating supervision, and the nature of the current

16  charges.

17      (6)    There does not appear to be any condition or combination of conditions that will

18  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

19  to other persons or the community.

20  It is therefore ORDERED:

21      (1)    Defendant shall be detained pending trial and committed to the custody of the

22          Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody
pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with
counsel;

(3)    On order of a court of the United States or on request of an attorney for the
Government, the person in charge of the corrections facility in which defendant is
confined shall deliver the defendant to a United States Marshal for the purpose of
an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this Order to counsel for the United States, to
counsel for the defendant, to the United States Marshal, and to the United States
Pretrial Services Officer.

DATED this 23rd day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91